**FILED**
August 13, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Joshua Vazquez, ) <br> ) <br> Defendant. ) | Case No. 2:08-cr-343 JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Joshua Vazquez__ Case __2:08-cr-343 JAM__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　_____　　Release on Personal Recognizance

　　_____　　Bail Posted in the Sum of _____

　　__X__　　Unsecured bond in the amount of $25,000, co-signed by defendant's mother

　　_____　　Appearance Bond with 10% Deposit

　　_____　　Appearance Bond secured by Real Property

　　_____　　Corporate Surety Bail Bond

　　__X__　　(Other) Probation conditions/supervision; defendant to be released by USM to Pretrial Services on the morning of August 13, 2008.

Issued at __Sacramento, CA__ on __8/13/08__ at __9:40 a.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge