```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSHUA VAZQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0343-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| JOSHUA VAZQUEZ, ) | Date: November 18, 2008 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| _____ ) | |

It is hereby stipulated between the parties, Sean Flynn, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, JOSHUA VAZQUEZ that the status conference hearing date of October 17, 2008 be vacated and continued to November 18, 2008 at 9:30 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from October 17, 2008 through and including November 18, 2008 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

Dated:   October 17, 2008             Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Lauren D. Cusick
                                      LAUREN D. CUSICK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOSHUA VAZQUEZ


Dated:   October 17, 2008             MCGREGOR W. SCOTT
                                      United States Attorney


                                      /s/ Lauren D. Cusick for
                                      SEAN FLYNN
                                      Assistant U.S. Attorney
                                      per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: October 20, 2008

                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Judge

Stip and Order                        2