```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    JOSHUA VAZQUEZ
 7
 8
 9             IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. CR-S-08-0343-JAM
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  JOSHUA VAZQUEZ,              )  Date:  December 16, 2008
                                 )  Time:  9:30 a.m.
16              Defendant.       )  Judge: John A. Mendez
    _____)
17
```

18       It is hereby stipulated between the parties, Sean Flynn, Assistant

19  United States Attorney, attorney for plaintiff, and Lauren D. Cusick,

20  Assistant Federal Defender, attorney for defendant, JOSHUA VAZQUEZ that

21  the status conference hearing date of November 18, 2008 be vacated and

22  continued to December 16, 2008 at 9:30 a.m.

23       This continuance is requested as negotiations are continuing

24  between the parties and additional time is needed for defense

25  investigation.

26       It is further stipulated that the period from November 18, 2008

27  through and including December 16, 2008 should be excluded pursuant to

28  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

Dated: November 14, 2008          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Lauren D. Cusick
                                  LAUREN D. CUSICK
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSHUA VAZQUEZ


Dated: November 14, 2008          MCGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Lauren D. Cusick for
                                  SEAN FLYNN
                                  Assistant U.S. Attorney
                                  per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: 11/14/2008

                                  /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge

Stip and Order                    2