IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-08-343 JAM |
| Plaintiff, | ) | |
| | ) | **ORDER FOR TRANSPORTATION AND** |
| v. | ) | **SUBSISTENCE** |
| JOSHUA VAZQUEZ, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, JOSHUA VAZQUEZ, with transportation and subsistence expenses for travel from North Augusta, South Carolina to Sacramento, California for his hearing on a motion to modify pretrial release conditions on January 6, 2009 at 2:00 p.m.

Mr. Vazquez shall be booked on an airplane flight that makes it possible for him to attend his scheduled appointment on January 5, 2009 at 10:00 a.m. Mr. Vazquez will also need return transportation back to his residence on January 6, 2009, in the event that his motion to modify the conditions of his release is denied.

The United States Marshal must furnish Mr. Griffin with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:   December 23, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE