```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JOSHUA VAZQUEZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-CR-343-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: September 1, 2009 |
| | ) Time: 9:30 a.m. |
| JOSHUA VAZQUEZ, | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through counsel, Sean Flynn, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Vazquez, that the Court should vacate the status conference scheduled for September 1, 2009, at 9:30 a.m., and reset it for November 17, 2009, at 9:30 a.m.

Counsel for Mr. Vazquez requires the continuance in order to review discovery fully, and to become familiar with the issues this case presents. Also, the government has agreed to make certain computer hard drives available to defense counsel and a defense expert. Counsel for Mr. Vazquez requires time in order to review that discovery as well.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through November 17, 2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Vazquez's request for a continuance outweigh the best interest of the public and Mr. Vazquez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 31, 2009          Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for Defendant

Dated: August 31, 2009          LAWRENCE G. BROWN
                                Acting United States Attorney

                                /s/ M.Petrik for Sean Flynn
                                    (consent via telephone)
                                _____
                                SEAN FLYNN
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on November 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: August 31, 2009          /s/ John A. Mendez
                                _____
                                HON. JOHN A. MENDEZ
                                United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                    08-CR-343-JAM