```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JOSHUA VAZQUEZ
 7
```

              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-343 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) TRIAL DATE AND SET STATUS |
| v. | ) CONFERENCE FOR JUNE |
| JOSHUA VAZQUEZ, | ) Date: June 29, 2010 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |
| _____ | ) |

IT IS STIPULATED by the parties, through counsel, Sean C. Flynn, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Vazquez, that the Court should vacate the trial confirmation hearing scheduled for June 29, 2010, at 9:30 a.m., and vacate the trial scheduled for July 19, 2010, at 9:00 a.m., and reset the matter for status conference on June 29, 2010, at 9:30 a.m.

The defense of this case requires a forensic evaluation by a knowledgeable expert of the computer hard drives which the government alleges contain images of child pornography. The expert the defense intended to use in this case has become compromised because of certain impeachment material of which the government has become aware. If the

STIPULATION AND [PROPOSED ORDER]           1                           08-343 JAM

defense where to call the expert to testify at trial, defense counsel believes that the government would use the impeachment material to undermine the credibility of the opinions rendered by the expert. Defense counsel believes that such impeachment would detrimentally affect the presentation of the defense case. Defense counsel requires a new expert to conduct the forensic evaluation of the hard drives to prepare adequately and to provide effective assistance during the trial.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through June 29, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Vazquez's request for a continuance outweigh the best interest of the public and Mr. Vazquez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 25, 2010			Respectfully submitted,

					DANIEL BRODERICK
					Federal Defender

					/s/ M.Petrik
					_____
					MICHAEL PETRIK, Jr.
					Assistant Federal Defender

Dated: May 25, 2010			BENJAMIN B. WAGNER
					United States Attorney

					/s/ M.Petrik for Sean C. Flynn
					_____
					SEAN C. FLYNN
					Assistant U.S. Attorney

STIPULATION AND [PROPOSED ORDER]      2                          08-343 JAM

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: May 27, 2010          /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Judge