UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-343 JAM |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER CONTINUING STATUS |
| | ) | HEARING AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| JOSHUA VAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on September 23, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for September 28, 2010, be vacated and that the case be set for **Tuesday, November 23, 2010, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 23, 2010, stipulation, the time under the Speedy Trial Act is excluded from September 28, 2010, through November 23, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Codes T4, due to the need to provide counsel with the reasonable time to prepare.

Dated: September 23, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1