DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN,#250376
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSHUA VAZQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA VAZQUEZ,<br><br>    Defendant. | No. CR-S-08-343 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |

　　　　IT IS STIPULATED by the parties, through counsel, Michelle Prince, Assistant United States Attorney, and Lexi Negin, attorney for Mr. Vazquez, that the Court should continue the status hearing currently scheduled for Tuesday, November 23, 2010, to Tuesday, February 1, 2011.

　　　　In order to advise the defendant adequately, the defense of this case requires further forensic evaluation by a knowledgeable expert of the computer hard drives which the government alleges contain images of child pornography.  A forensic examiner performed an evaluation during three business days in October of 2010 on this case.  Unfortunately, the government made only one of the two hard drives in this case available for examination during the first two and half days of the scheduled exam.  The second drive was made available late on the third day of the scheduled exam, and the examiner was unable to complete her examination.  Defense counsel anticipates that the further examination will take place sometime in

1

1 | January of 2011.

2 |     Counsel is not in a position to properly advise Mr. Vazquez until a sufficient forensic examination
3 | can be completed. At this time, that has not yet occurred.

4 |     For these reasons, the parties stipulate that the time period from November 30, 2010, to February
5 | 1, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv), Local Codes T4), due to
6 | the need to provide counsel with the reasonable time to prepare and to complete an adequate defense
7 | forensic examination.

8 |     A Proposed order is attached and lodged separately for the court's convenience.

10 | DATED: November 17, 2010

11 |                 Respectfully submitted,

November 17, 2010

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| */s/ Lexi Negin for Michelle Prince* | */s/ Lexi Negin* |
| MICHELLE PRINCE | LEXI NEGIN |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for the United States | Attorney for Joshua Vazquez |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-S-08-343 JAM |
|                             )        | |
|          Plaintiff,         )        | ORDER CONTINUING STATUS HEARING |
|                             )        | AND EXCLUDING TIME |
|     v.                      )        | |
|                             )        | |
| JOSHUA VAZQUEZ,             )        | |
|                             )        | |
|          Defendant.         )        | |
| _____ )        | |

For the reasons set forth in the stipulation of the parties, filed on November 17, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for November 30, 2010, be vacated and that the case be reset for **Tuesday, February 1, 2011, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 17, 2010, stipulation, the time under the Speedy Trial Act is excluded from November 23, 2010, through February 1, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Codes T4, due to the need to provide counsel with the reasonable time to prepare.

Dated: November 17,  2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE