DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSHUA VAZQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-343 JAM |
| Plaintiff, | STIPULATION AND ORDER TO SET CASE FOR CHANGE OF PLEA |
| v. | |
| JOSHUA VAZQUEZ, | |
| Defendant. | |

    IT IS STIPULATED by the parties, through counsel, Michelle Prince, Assistant United States Attorney, and Lexi Negin, attorney for Mr. Vazquez, that the Court set this case for a change of plea on July 19, 2011, at 9:30 a.m. At that time, Mr. Vazquez will plead guilty to the counts of the indictment without a written plea agreement.

    The Court has previously found that time is waived under the Speedy Trial Act through the currently scheduled trial date of September 19, 2011. The parties stipulate and agree that the time waiver continues to be appropriate so that counsel can prepare Mr. Vazquez and the case for the entry of plea.

DATED: June 9, 2011

1

Respectfully submitted,

June 8, 2011

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for Michelle Prince* | */s/ Lexi Negin* |
| MICHELLE PRINCE<br>First Assistant U.S. Attorney<br>Attorney for the United States | LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Joshua Vazquez |

2

```
DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSHUA VAZQUEZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA VAZQUEZ,<br><br>    Defendant. | No. CR-S-08-343 JAM<br><br>ORDER SETTING CASE FOR CHANGE OF PLEA |

ORDER

For the reasons set forth in the stipulation of the parties, filed on June 8, 2011, IT IS HEREBY ORDERED that this case be set for July 19, 2011 at 9:30 a.m. for a change of plea. The Court finds that time continues to be excluded pursuant to the Speedy Trial Act and the prior finding of the Court through July 19, 2011 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Codes T4, due to the need to provide counsel with the reasonable time to prepare.

Dated: June 9, 2011

                                                /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                UNITED STATES DISTRICT