BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00343 JAM |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| JOSHUA VAZQUEZ, ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Joshua Vazquez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 2253, plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the following property:

        a)  One (1) Hewlett Packard laptop computer, model number DV9000, serial number CNF64232WD;

        b)  One (1) Fujitsu computer hard drive (100 GB), serial number NW9YT692DPE7; and

        c)  One (1) Western Digital computer hard drive (40 GB), serial number WMA6R1940269.

1     2.   The above-listed property was used or intended to be
2 used to commit or to promote the commission of violations of 18
3 U.S.C. §§ 2252(a)(4)(B) and 2252(a)(2).
4     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the U.S.
7 Marshals Service, in its secure custody and control.
8     4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
9 U.S.C. § 853(n), and Local Rule 171, the United States shall
10 publish notice of the order of forfeiture.  Notice of this Order
11 and notice of the Attorney General's (or a designee's) intent to
12 dispose of the property in such manner as the Attorney General
13 may direct shall be posted for at least 30 consecutive days on
14 the official internet government forfeiture site
15 www.forfeiture.gov.  The United States may also, to the extent
16 practicable, provide direct written notice to any person known to
17 have alleged an interest in the property that is the subject of
18 the order of forfeiture as a substitute for published notice as
19 to those persons so notified.
20        b.   This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60)
23 days from the first day of publication of the Notice of
24 Forfeiture posted on the official government forfeiture site, or
25 within thirty (30) days from receipt of direct written notice,
26 whichever is earlier.
27     5.   If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final

1  Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all
2  interests will be addressed.
3       SO ORDERED this 24th day of August, 2011.

5                              /s/ John A. Mendez
                               JOHN A. MENDEZ
6                              United States District Judge