```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2758
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )   Case. No.2:08-CR-00343 JAM
                                 )
13                Plaintiff,     )
                                 )   STIPULATION RE: CONTINUANCE
14                               )   OF JUDGMENT AND SENTENCE
         v.                      )
15                               )
    JOSHUA VASQUEZ,              )   Date: February 28, 2012
16                               )   Time: 09:30 a.m.
                  Defendant.     )   Hon. John A. Mendez
17                               )
    ─────────────────────────────)
18
19
20       It is hereby stipulated by and between the United States of
21  America through Michelle Prince, Assistant United States Attorney,
22  and defendant Joshua Vasquez, by and through his counsel, Lexi
23  Negin, Esq., that the hearing on Judgment and Sentence currently set
24  for February 28, 2012, be vacated and reset for March 13, 2012 at
25  09:30 a.m.
26  ///
27  ///
28  ///
```

The reason for the delay is that the Assistant U.S. Attorney, Michelle Prince, has been called for jury duty, and is unavailable.

DATED: February 24, 2012            /s/ Michelle A. Prince for
                                    LEXI NEGIN, ESQ.
                                    Attorney for Defendant

DATED: February 24, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

                                 By:/s/ Michelle A. Prince
                                    Michelle A. Prince
                                    Assistant U.S. Attorney

The above stipulation of counsel is accepted.

IT IS SO ORDERED.

Dated: 2/24/2012                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE