DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN,#250376
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSHUA VAZQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-343 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO ALTER DUE |
| ) | DATES OF FURTHER SUBMISSIONS IN AID |
| v. ) | OF SENTENCING AND TO CONTINUE |
| ) | SENTENCING |
| JOSHUA VAZQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

At a hearing on March 20, 2012, the Court continued the hearing so that the parties could submit information to the Court regarding their arguments concerning unwarranted sentencing disparity. The Court set a due date for the defense of April 3, 2012 and for a response from the government on April 17, 2012, and sentencing was continued to May 1, 2012. The parties now agree to alter the due dates so that the defense submission is due on or before April 10, 2012, the government's submission in response on or before May 1, 2012, and sentencing be continued to May 8, 2012.

WHEREFORE, it is requested that the Court order the defense submission due on or before April 10, 2012, the government's response on or before May 1, 2012, and sentencing be continued to May 8, 2012.

DATED: April 3, 2012

1

Respectfully submitted,

| | |
|---|---|
| BENJAMIN WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for<br>MICHELLE PRINCE<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Joshua Vazquez |

It is so **ORDERED**, that the defense submission is due on or before April 10, 2012, the government's submission is due on or before May 1, 2012, and sentencing shall be continued to May 8, 2012 at 9:30 a.m.

DATE: 4/5/2012

/s/ John A. Mendez
John A. Mendez
United States District Judge

2