```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00343-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA VAZQUEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about August 25, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Joshua Vazquez and the finding of forfeiture by the Court forfeiting to the United States the following property:

        a)   One (1) Hewlett Packard laptop computer, model number DV9000, serial number CNF64232WD;

        b)   One (1) Fujitsu computer hard drive (100 GB), serial number NW9YT692DPE7; and

        c)   One (1) Western Digital computer hard drive (40 GB), serial number WMA6R1940269.

AND WHEREAS, beginning on August 26, 2011, for at least 30

1 consecutive days, the United States published notice of the
2 Court's Order of Forfeiture on the official internet government
3 forfeiture site www.forfeiture.gov.  Said published notice
4 advised all third parties of their right to petition the Court
5 within sixty (60) days from the first day of publication of the
6 notice for a hearing to adjudicate the validity of their alleged
7 legal interest in the forfeited property.

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Joshua Vazquez.

    2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.  The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED this 4th day of June, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge